STATE OF NEW JERSEY v. WILLIAM RYAN.

February 26, 1980.

Petition for certification denied.

GLADIELA ALVAREZ v. SIDNEY NELSON.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. CHRISTOPHER RIGHETTI.

February 26, 1980.

Petition for certification denied.